UNITED STATES of America, Plaintiff–Appellee,

v.

**John M. THOMAS, Defendant–Appellant.**

No. 03–50084.

D.C. No. CR–00–00201–DT–2.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 8, 2003.*

Decided Dec. 16, 2003.

Ronald L. Cheng, USLA–Office of the U.S. Attorney, Los Angeles, CA, Steven J. Olson, United States Attorneys Office, Los Angeles, CA, for Plaintiff–Appellee.

Gerson Simon, Los Angeles, CA, John M. Thomas, pro se, Irvine, CA, for Defendant–Appellant.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before GOODWIN, WALLACE, and TROTT, Circuit Judges.

MEMORANDUM **

John M. Thomas appeals the judgment of conviction, pursuant to a guilty plea, and 46–month sentence for wire fraud, money laundering, and aiding and abetting in violation of 18 U.S.C. §§ 2, 1343, and 1956(a)(1)(B). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Thomas has filed a brief stating that he finds no arguable issues for review, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no arguable issues for review on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.